**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

DEBRA A. AKINS, et al.                                                                 PLAINTIFFS

v.                                          2:08CV00128WRW

CONAGRA FOODS, INC.  and
WAL-MART STORES, INC.                                                          DEFENDANTS

<u>ORDER</u>

Pending is Defendant Wal-Mart's Rule 12(b)(6) Motion to Dismiss (Doc. No. 4).

Plaintiffs have not responded and the time for doing so has passed.  Regardless, this case must be

remanded to state court.

Plaintiffs, residents of St. Francis County, Arkansas, allege that the peanut butter they

consumed, which was manufactured and sold by Defendants, caused their food poisoning.

Wal-Mart asserts that it should be dismissed because not all Plaintiffs allege that they consumed

a product sold by Wal-Mart.  Wal-Mart also asserts that the Complaint is too vague to satisfy

Arkansas's fact-pleading requirement.

A question of subject-matter jurisdiction may be raised *sua sponte* at any time.[1]

"Whenever it appears . . . that the court lacks jurisdiction of the subject matter, the court shall

dismiss the action."[2]  After reviewing the complaint, it is clear that this Court lacks subject

matter jurisdiction -- Plaintiffs are Arkansas residents and allege causes of action against

Wal-Mart, an Arkansas corporation.  Additionally, Plaintiffs assert that their claims for relief are

"for a sum less than that required for federal jurisdiction . . . ."[3]

_____

[1]*Bueford v. Resolution Trust Corp.*, 991 F.2d 481, 485 (8th Cir. 1993).

[2]Fed. R. Civ. P. 12(h)(3).

[3]Doc. No. 2.

1

Based on the findings of fact and conclusions of law above, this case is REMANDED to the Circuit Court of St. Francis County, Arkansas.  Accordingly, Defendant Wal-Mart's Rule 12(b)(6) Motion to Dismiss (Doc. No. 4) is DENIED as MOOT.

IT IS SO ORDERED this 21st day of July, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE